

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215-2410 |

| | |
|---|---|
| **Electronic copy provided to:** | Ashley Roberts |

| | |
|---|---|
| **Entity:** | Scottsdale Insurance Company<br>Entity ID Number  3286058 |
| **Entity Served:** | Scottsdale Insurance Company |
| **Title of Action:** | Infinity National Properties, LLC vs. Scottsdale Insurance Company |
| **Matter Name/ID:** | Infinity National Properties, LLC vs. Scottsdale Insurance Company (13000187) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-723291 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 09/27/2022 |
| **Answer or Appearance Due:** | 21 days |
| **Originally Served On:** | LA - Sec. of State on 09/23/2022 |
| **How Served:** | Certified Mail |
| Sender Information: | Krielopw Law Firm LLC<br>n.a |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# State of Louisiana
## Secretary of State

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

09/26/2022

SCOTTSDALE INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 723291
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

INFINITY NATIONAL PROPERTIES LLC
vs
SCOTTSDALE INS CO

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: J SHOWS

Date: 09/23/2022
Title: DEPUTY SHERIFF

No: 1253203

JN



# SERVICE COPY



**D9810821**

# CITATION

**INFINITY NATIONAL PROPERTIES, LLC**
(Plaintiff)

**NUMBER C-723291 "24"**

**VS**

**19TH JUDICIAL DISTRICT COURT**

**SCOTTSDALE INSURANCE COMPANY**
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:** **SCOTTSDALE INSURANCE COMPANY**
**THROUGH ITS REGISTERED AGENT**
**LOUISIANA SECRETARY OF STATE**

**SERVED ON**
**R. KYLE ARDOIN**

**SEP 2 3 2022**

GREETINGS:

SECRETARY OF STATE
COMMERCIAL DIVISION

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 13, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: KRIELOW, KENDALL J**
*The following documents are attached:
**PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE;**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office
SEP 2 2 2022

**CITATION-2000**

EAST BATON ROUGE PARISH
Filed Sep 09, 2022 2:19 PM
Deputy Clerk of Court
E-File Received Sep 09, 2022 12:50 PM

C-723291
24

INFINITY NATIONAL PROPERTIES, LLC   *   STATE OF LOUISIANA

VERSUS NO.                     *   PARISH OF EAST BATON ROUGE

SCOTTSDALE INSURANCE COMPANY   *   19TH JUDICIAL DISTRICT COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioner, **INFINITY NATIONAL PROPERTIES, LLC** ("Petitioner"), a limited liability company organized under the laws of Louisiana and domiciled in the Parish of Ascension, State of Louisiana, with respect, represents:

1.

Made Defendant herein is:

A) **SCOTTSDALE INSURANCE COMPANY**, ("Scottsdale" and/or "Defendant"), an Ohio domiciled company, licensed to do and doing business in the State of Louisiana, and with an agent for service in the State of Louisiana to wit: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

Venue is proper in the 19th Judicial Court pursuant to Louisiana Code of Civil Procedure Article 76. This is an action against a property insurance carrier and the loss occurred in East Baton Rouge Parish, Louisiana.

3.

Petitioner purchased a Homeowners Coverage Policy (hereinafter, the "Policy") from Defendant insuring its property located at 10180 Cetus Drive, Baton Rouge, Louisiana 70815 (hereinafter "the Covered Property"). The Policy was in effect on or about August 29, 2021, when Hurricane Ida struck East Baton Rouge Parish, and on or about September 14, 2021, when Hurricane Nicholas made landfall along the northern coast of the Gulf of Mexico causing torrential rains across East Baton Rouge Parish. The Policy issued was numbered DFS3922396.

4.

Defendant placed a valuation upon the Covered Property and used this valuation for purposes of determining the premium charge to be made under the Policy.

**Certified True and
Correct Copy**
CertID: 2022091300051

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/13/2022 8:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

Among other provisions, the Policy provided coverage which includes, but is not limited to, $144,000.00 for Petitioner's dwelling and $2,500.00 for fair rental value.

6.

On or about August 29, 2021, the eye of Hurricane Ida made landfall in Lafourche Parish, Louisiana, then moved through East Baton Rouge where the Covered Property was and is located. Prior to the landfall of Hurricane Ida, the Covered Property was subjected to hurricane force winds for many hours. Further, on or about September 14, 2021, the eye Hurricane Nicholas made landfall in Texas, then moved east along the gulf coast to Southeast Louisiana causing fierce winds and torrential rains in East Baton Rouge Parish. The Covered Property was subjected to strong winds and continuous rain for many hours.

7.

The Covered Property was severely damaged by Hurricane Ida and by Hurricane Nicholas.

8.

Petitioner opened a claim for damages to the covered property from Hurricane Ida and Hurricane Nicholas, claim numbers 02054750 and 02083645, respectively (hereinafter, the "claims").

9.

On or before September 23, 2021, Defendant received satisfactory proof of loss in connection with the Petitioner's claims for hurricane related damages to the Covered Property.

10.

Defendant has failed to pay any amount reasonably close to the actual damages to the Covered Property.

11.

The damage sustained to the Covered Property occurred prior to any damage to the Covered Property by any non-covered peril, including any type of water damage purportedly excluded by the Policy.

12.

Defendant has failed to pay the amount of either claim due to Petitioner within sixty (60) days of receipt of satisfactory proof of loss.

2


Certified True and
Correct Copy
CertID: 2022091300051

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/13/2022 8:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

13.

Defendant has failed to make a written offer to settle either of the Petitioner's claims within sixty (60) days after receipt of satisfactory proof of loss.

14.

Defendant's failure to pay the amount of Petitioner's property damage claims within thirty (30) days and the failure to make a written offer to settle Petitioner's property damage claims within thirty (30) days is arbitrary, capricious and without probable cause. Pursuant to La. R.S. 22:1892, in addition to the amount of damage sustained, Defendant is liable to Petitioner for 50% additional in penalties on the amount found to be due from Defendant to Petitioner, or $1,000.00, whichever is greater, plus reasonable attorney's fees.

15.

Further, Defendant's failure to pay the amount of Petitioner's property damage claims within sixty (60) days and the failure to make a written offer to settle Petitioner's property damage claim within sixty (60) days is arbitrary, capricious and without probable cause. Pursuant to La. R.S. 22:1973, Defendant owes Petitioner a duty of good faith and fair dealing in the handling of its claims. Defendant also has an affirmative duty to adjust Petitioner's claims fairly and promptly and to make a reasonable effort to settle Petitioner's claims. Defendant has breached this duty and said breach has been arbitrary and capricious and/or without probable cause.

16.

Because of the actions alleged above, Defendant is liable to Petitioner, in addition to any general or special damages to which Petitioner is entitled to from the breach of the imposed duty set forth above, for attorney fees and penalties in an amount not to exceed twice the damages sustained or $5,000.00, whichever is greater, pursuant to La. R.S. 22:1973 and La. R.S. 22:1892.

17.

At the time of filing of this petition, the matter in controversy exceeds the amount specified in *Code of Civil Procedure article 1732(1)* pertinent to jury trials and Petitioner hereby request a trial by jury.

3

Certified True and Correct Copy
CertID: 2022091300051

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/13/2022 8:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

\*\*\*

WHEREFORE, Petitioner prays:

A) That the Defendant be duly cited and served with a copy of this Petition for Damages and be ordered to answer same in the manner provided by law;

B) That after due proceedings, there be judgment herein in favor of Petitioner, and against Defendant for such damages as the Court finds to be just and reasonable, including penalties, attorney's fees, litigation expenses, together with legal interest from the date of loss until paid or as allowed by law, and for all costs hereof; and

C) For all orders and decrees necessary in the premises and for full, general, and equitable relief.

Respectfully submitted,



KENDALL J. KRIELOW (#34625)
***KRIELOW LAW FIRM, LLC***
P.O. Box 1197
Thibodaux, Louisiana 70302
Telephone: (985) 324-3400
Fax: (985) 324-3460
Email: kjk@krielowlaw.com

-and-

RICHARD C. BREAUX (#33740)
EVAN STARK (#36279)
***STARK & BREAUX, LLC***
275 Gabasse Street
Houma, Louisiana 70360
Telephone: (985) 223-3213
Fax: (985) 868-8584

***Attorneys for Plaintiff***

<u>***PLEASE SERVE:***</u>

**SCOTTSDALE INSURANCE COMPANY**
*Through its agent for service*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

4



Certified True and
Correct Copy
CertID: 2022091300051

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/13/2022 8:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

INFINITY NATIONAL PROPERTIES, LLC     \*    STATE OF LOUISIANA

VERSUS NO.     \*    PARISH OF EAST BATON ROUGE

SCOTTSDALE INSURANCE COMPANY     \*    19TH JUDICIAL DISTRICT COURT

### REQUEST FOR WRITTEN NOTICE

      Pursuant to Louisiana Code of Civil Procedure article 1572, the Clerk of Court for the Parish of East Baton Rouge is hereby requested to give the undersigned counsel written notice by mail at least ten (10) days in advance, of the date fixed for the trial or hearing of this cause, whether on exception, rule or on the merits.

      The Clerk of Court for the Parish of East Baton Rouge is further requested to forward the undersigned counsel notice of any order or judgment rendered in this cause immediately upon entry of such order or judgment.

<div style="margin-left:40%;">

Respectfully submitted

_Kendall J. Krielow_
KENDALL J. KRIELOW (#34625)
*KRIELOW LAW FIRM, LLC*
P.O. Box 1197
Thibodaux, Louisiana 70302
Telephone: (985) 324-3400
Fax: (985) 324-3460
Email: kjk@krielowlaw.com

-and-

RICHARD C. BREAUX (#33740)
EVAN STARK (#36279)
*STARK & BREAUX, LLC*
275 Gabasse Street
Houma, Louisiana 70360
Telephone: (985) 223-3213
Fax: (985) 868-8584

*Attorneys for Plaintiff*

</div>

Certified True and
Correct Copy
CertID: 2022091300052

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/13/2022 8:17 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



FIRST CLASS

US POSTAGE

ZIP 70802   $ 006.
02  4W
0000382748 SEP  26

7022 2414 0000 7116 4724